**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SAMUEL LOVE, | No. ED CV 18-549 PA (SHKx) |
|---|---|
| Plaintiff, | JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| TEODORO SANTIBANEZ GONZALEZ, et al., | |
| Defendants. | |

In accordance with the Court's July 12, 2018 Order granting the Application for Default Judgment filed by plaintiff Samuel Love ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant Teodoro Santibanez Gonzalez ("Defendant") shall pay to Plaintiff the total amount of $9,233.00 (itemized as statutory damages of $4,000.00, attorneys' fees of $4,600.00, and litigation costs of $633.00); and

2. Defendant is ordered to provide a compliant accessible parking space at the property located at or about 15775 Palm Drive, Desert Hot Springs, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: July 12, 2018

_____
Percy Anderson
United States District Judge